EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    June I. Ortiz Terreforte | 2003 TSPR 99<br><br>159 DPR _____ |

Número del Caso: TS-3189


Fecha: 6/junio/2003


Colegio de Abogados de Puerto Rico:
                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

June I. Ortiz Terreforte                    TS-3189

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de junio de 2003.

Examinada la "Petición" para darse de baja del ejercicio de la abogacía y de la notaría presentada por la Lcda. June Ortiz Terreforte el 8 de abril de 2003, así como la "Moción en Contestación a Resolución" presentada por el Colegio de Abogados de Puerto Rico el 12 de mayo de 2003, se accede a lo solicitado efectivo inmediatamente. La peticionaria deberá notificar a todos los clientes a quienes actualmente representa de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquella personas que así lo soliciten.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo